# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD PERKINS, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-1931-APG-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 2-1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court shall send Plaintiff the approved form to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than January 26, 2024. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: November 27, 2023

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge