# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD PERKINS, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01931-APG-NJK<br><br>**ORDER** |

On December 19, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis* subject to certain conditions. Docket No. 6. The Court ordered Plaintiff to pay an initial partial filing fee of $53.72, no later than February 6, 2024, after which the Court would screen Plaintiff's complaint. *Id*.

Plaintiff has failed to pay the initial filing fee. *See* Docket. The Court extends Plaintiff's deadline to pay his $53.72 initial partial filing fee to **March 11, 2024**. The Court will not grant any further extensions of this deadline. **Failure to timely pay the initial partial filing fee will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated: February 12, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE