# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD PERKINS, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01931-APG-NJK<br><br>**Report and Recommendation** |

On December 19, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis*. Docket No. 6. A prisoner applying to proceed *in forma pauperis* must pay an initial partial filing fee of the greater of twenty percent of the average monthly deposits or twenty percent of the average monthly balance of his account for the six months immediately preceding the commencement of this action. *See* 28 U.S.C. § 1915(b)(1). The Court therefore ordered Plaintiff to submit an initial partial filing fee of $53.72 prior to the Court screening the complaint, no later than February 6, 2024. Docket No. 6 at 1. The Court cautioned Plaintiff that "[f]ailure to do so may result in dismissal of this action." *Id.*

Plaintiff failed to submit the initial partial filing fee by February 6, 2024. On February 12, 2024, the Court ordered Plaintiff to submit the initial partial filing fee no later than March 11, 2024. Docket No. 8. The Court again cautioned Plaintiff that "**[f]ailure to timely pay the initial partial filing fee will result in a recommendation of dismissal of this action**." *Id.* (emphasis in original). To date, Plaintiff has not paid the initial partial filing fee or requested an extension of time to pay.

This case cannot proceed without Plaintiff paying the initial partial filing fee. As Plaintiff has refused to do so in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at * 1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan 27, 2021). Moreover, Plaintiff's refusal to comply with the Court's order has interfered with the

Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, **IT IS RECOMMENDED** that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 14, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE