UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN MICHAEL SMITH, | Case No.: 2:23-cv-01931-APG-NJK |
|---|---|
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 9] |
| RICHARD PERKINS, et al., | |
| Defendants | |

On March 14, 2024, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff John Smith did pay the initial partial filing fee as ordered. ECF No. 9. Smith did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original))

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 9) is accepted and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 2nd day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE