# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br><br>　　　　Plaintiff<br><br>v.<br><br>RICHARD PERKINS, et al.,<br><br>　　　　Defendants | Case No.: 2:23-cv-01931-APG-NJK<br><br>**Order Reopening Case** |

　　　I previously dismissed this case without prejudice because plaintiff John Smith did not pay the initial partial filing fee as ordered. ECF No. 10.  However, Smith has recently paid the initial installment fee as ordered.

　　　I THEREFORE ORDER that my order dismissing this case (ECF No. 10) is vacated, and the clerk of court is instructed to reopen this case.

　　　DATED this 21st day of May, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE